## STATEMENT OF FACTS

    On Saturday, April 1, 2006, at about 10:28 p.m., sworn officers with the Metropolitan Police Department's Fifth District received a radio run for a man with a gun in front of xx X Xxxxxx, X.X., Xxxxxxxxxx, X.X.  Officers went to the above location and saw the defendant, Robert Wages, matching the description which had been given to officers.  When officers approached the house, the defendant started to walk away, stating that this was his aunt's house.  As the defendant reached the officer, the officer saw the butt of a gun on the porch inches away from where the defendant had been sitting when officers arrived.  When the officer reached for the gun, the defendant ran.  The defendant was stopped a short time later and officers placed him under arrest.  Officers recovered a loaded Hi-Point .380 caliber handgun.  To the best of the undersigned officer's knowledge, defendant Robert Wages, III has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F0953-98.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.  He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future.  To the best of this officer's knowledge, there are no Hi-Point .380 caliber handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER THOMAS GAINER
FIFTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS \_\_\_\_\_ DAY OF APRIL, 2006.


                                      _____
                                      U.S. MAGISTRATE JUDGE