## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

        v.          :          MAGISTRATE NO. 06-0161M-01 (CR)

ROBERT A. WAGES, III,          :

### DISMISSAL

**FILED**

APR 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

BY:  _____
VINCENT CAPUTY
ASSISTANT UNITED STATES ATTORNEY
Bar No. 362-341
Federal Major Crimes Section
555 4th Street, N.W., Room 4647
Washington, D.C. 20530
(202) 514-6972

APPROVED AND GRANTED THIS 27th
DAY OF _April_____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE